UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-02793-JDE | Date | July 9, 2024 |
|---|---|---|---|
| Title | Angeles Mora v. Nissan North America, Inc., et al. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Jazmin Dorado for Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order on Plaintiff's Request (Dkt. 22) to Withdraw Motion to Remand (Dkt. 11)

Per the consent of the parties, this matter was reassigned to the assigned magistrate judge on June 28, 2024. Dkt. 17, 18. Prior to the consent and reassignment, on May 3, 2024, Plaintiff had filed a Motion to Remand the Case to Los Angeles Superior Court, set for hearing on August 8, 2024. Dkt. 11 ("Motion"). By prior order, this Court reset and advanced the hearing on the Motion to July 25, 2024, at 10:00 a.m. Dkt. 19 ("Order").

On July 19, 2024, Plaintiff filed a Notice of Withdrawal of Motion to Remand Case to State Court (Dkt. 22, "Request"), stating that Plaintiff withdrew her Motion to Remand "set to be heard on August 8, 2024," before the previously assigned District Judge, requesting that the Motion be "remove[d]" from the calendar. The Court interprets the Request to refer to the Motion, which, because of the reassignment and the Order is set to be heard by the assigned magistrate judge on July 25, 2024, not August 8, 2024.

So interpreted, the Request (Dkt. 22) is GRANTED and the Motion (Dkt.11) is DENIED as moot and the hearing on the Motion on July 25 is VACATED.

IT IS SO ORDERED.

Initials of Clerk   JD for MB